IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Criminal Case No. 11-cr-00452-RBJ

UNITED STATES OF AMERICA,

v.

DOMINIC E. GARCIA

Defendant.

---

ORDER SETTING TRIAL, DATES AND DEADLINES

---

This matter has been scheduled for a **three-day jury trial** on the docket of Judge R. Brooke Jackson in the Alfred A. Arraj U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence **January 23, 2012 at 9:00 a.m.**  It is

ORDERED that all pretrial motions shall be filed by **December 9, 2011** and responses to these motions shall be filed by **December 23, 2011.**  It is further

ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the deadline for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing deadline.  It is further

ORDERED that disclosures regarding rebuttal expert witnesses shall be made one week after the deadline for filing pretrial motions and any challenges to such experts shall be made no later than two weeks after the pretrial motions deadline. It is further

ORDERED that counsel shall jointly contact Mary DeRosa by telephone at (303) 844-4694 or by email at Jackson_chambers@cod.uscourts.gov **within five days after filing of pre-trial motions** to set the case for Motions Hearing. It is further

ORDERED that a Trial Preparation Conference is scheduled for **January 12, 2012 at 1:00 p.m.** in Courtroom A702. Lead counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

If the parties reach a disposition, the Trial Preparation Conference will be converted to a Change of Plea Hearing. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is 48 hours prior to the Change of Plea Hearing.

DATED this 1st day of December, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge